UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
TRUSTEES OF THE FULTON FISH MARKET :
PENSION FUND, :
:  22-CV-187 (JMF)
                     Plaintiff, :
:  ORDER
    -v- :
:
M. SLAVIN & SONS, LTD., et al., :
:
                   Defendants. :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On July 15, 2022, counsel for Defendants, Schwartz Ettenger, PLLC, filed a motion to withdraw as Defendants' counsel. *See* ECF No. 28. By **July 19, 2022**, defense counsel shall serve (1) the motion and any supporting documents and (2) a copy of this Order on his/her/their clients, and by **July 22, 2022**, file proof of such service on the docket. *See* S.D.N.Y. Local Rule 1.4.

       Any opposition to the motion to withdraw shall be filed by **July 25, 2022**; any reply shall be filed by **July 28, 2022**. Unless and until the Court grants the motion, Schwartz Ettenger, PLLC remains counsel of record, and discovery shall proceed as scheduled. If Defendants have secured new counsel, new counsel shall promptly enter a notice of appearance to ensure a smooth transition of counsel in the event that the motion to withdraw is granted.

       SO ORDERED.

Dated: July 15, 2022  
       New York, New York  
                                                   JESSE M. FURMAN  
                                           United States District Judge