UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE FULTON FISH MARKET PENSION FUND,<br><br>                              Plaintiffs,<br><br>                -against-<br><br>M. SLAVIN & SONS, LTD., OCEAN BOX E-COMMERCE CORP. F/K/A OCEAN BOX CORP., OCEANBOX WHOLESALE LLC, OCEANBOX HOLDINGS LLC, OCEANBOX DIRECT LLC, OCEANBOX LIFESTYLES LLC, AND MITCHELL SLAVIN, INDIVIDUALLY,<br><br>                              Defendants. | 22 CV 0187 (JMF)<br><br><s>PROPOSED</s><br>DEFAULT JUDGMENT as to<br>M. SLAVIN & SONS, LTD |

The Complaint in this action having been duly served on Defendant M. SLAVIN & SONS, LTD, and said Defendant having failed to appear by counsel in this matter, and the Court having granted leave for Plaintiff to file its Motion for Default Judgment as to M. SLAVIN & SONS, LTD, and upon the annexed declaration of John M. Harras, Esq., and the exhibits annexed thereto, and all pleadings and papers heretofore had herein;

NOW, on the motion of Virginia & Ambinder, LLP, attorneys for Plaintiff, it is hereby:

ORDERED, ADJUDICATED, and DECREED that Plaintiff, has judgment, jointly and severally, against M. SLAVIN & SONS, LTD, with its last known principal place of business at 800 Food Center Dr. Unit #66, Bronx, NY 10474, in the total amount of $784,777.88 as follows:

1. Awarding Plaintiff $762,987.17, consisting of: (1) withdrawal liability in the principal amount of $554,474; (2) interest on the principal through September 16, 2022 calculated at the rate of 6.75% compounded annually, in the amount of $97,618.37; and (3) liquidated damages calculated at 20% of the principal amount owed in the amount of $110,894.80;

2. Awarding Plaintiff its attorneys' fees of $20,845 and costs of $945.71; and

3. Awarding interest on the principal at the rate of 6.75% compounded annually from September 16, 2022 through date of payment, and post-judgment interest on the balance pursuant to 28 U.S.C. § 1961(a).

Dated: New York, New York
          October 13      , 2022

By: _____
Hon. Jesse M. Furman, U.S.D.J.