```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
TRUSTEES OF THE FULTON FISH MARKET                             :
PENSION FUND,                                                  :
                                                               :
                              Plaintiff,                       :   22-CV-187 (JMF)
                                                               :
              -v-                                              :        ORDER
                                                               :
M. SLAVIN & SONS, LTD., et al.,                                :
                                                               :
                              Defendants.                      :
                                                               :
---------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

As stated during the teleconference held yesterday:

- Plaintiff is granted leave to take the one remaining nonparty deposition **within three weeks of the date of this Order**. Otherwise, discovery is closed.

- Also **within three weeks of the date of this Order**, the parties are required to discuss settlement. Counsel for Defendants is ordered to provide a counteroffer to Plaintiff by that time.

- **Within 30 days of the date of this Order**, the parties are required to submit a joint letter addressing the following:

    o Whether the parties can agree on stipulated facts;
    o A proposed briefing schedule for summary judgment motion practice, which should consist of four consolidated briefs;
    o Whether referral to the Magistrate Judge or the court-annexed mediation program would facilitate settlement;
    o Whether Plaintiff is withdrawing any claims.

SO ORDERED.

Dated: June 2, 2023
       New York, New York                        _____
                                                      JESSE M. FURMAN
                                                   United States District Judge