**LAW OFFICES
THOMAS TORTO
419 PARK AVENUE SOUTH
NEW YORK, N.Y. 10016**

———

E-MAIL: ttorto@tortolaw.com
TELEPHONE (212) 532-5881
FAX (212) 481-5851

**THOMAS TORTO**
**MEMBER N.Y. AND FLA. BAR**                                                                                              JASON LEVINE

January 17, 2024

**VIA ECF**

*Application GRANTED. The Clerk of Court is directed to terminate ECF No. 65. SO ORDERED.*

Hon. Jesse M. Furman
United States District Court
500 Pearl Street
New York, New York 10007

*[signature]*
*January 17, 2024*

Re:   Trustees of the Fulton Fish Market Pension Fund v. M. Slavin & Sons, Ltd., et al
       1:22 CV 187 (JMF)

Dear Judge Furman:

  I represent defendant Mitchell Slavin and the Oceanbox defendants and respectfully request a one week extension of the briefing deadlines set forth in Your Honor's memo order dated December 13, 2023 (EFC Doc. No. 64) for the parties' respective motion and cross-motion for summary judgment.

  Plaintiff's counsel, Adrianna R. Grancio, Esq., and I have continued to work on a joint affirmation, a joint 56.1 statement of material facts and a stipulation which will narrow the claims and the parties in this action. We are close towards finalizing these documents as well as assembling the numerous exhibits in the proper order.

  However, I am unable to meet the current deadline for filing defendants' opening brief by this Friday, January 19, 2024, and need a one week extension to finalize the joint documents as well as defendants' opening brief. Between January 12, 2024 and January 30, 2024, I have another round of time consuming appointments and testing at NYU Langone Transplant Associates (vascular surgeon, cardiologist [cardiac catheterization], pulmonologist [lung evaluation] and surgeon). I have been accepted to the transplant list and in order to keep my place on the list, I have to keep these appointments and undergo the required tests and examinations.

  The following revised briefing schedule is requested:

Hon. Jesse M. Furman
January 16, 2024
-2-

      January 26, 2024: defendants' opening brief not to exceed 25 pages;

      February 23, 2024: plaintiff's consolidated opening brief and opposition brief not to exceed 45 pages;

      March 11, 2024: defendants' consolidated opposition brief and reply not to exceed 35 pages; and

      March 26, 2024: plaintiff's reply not to exceed 10 pages.

Ms. Grancio does not object to my request.

Thank you for your attention.

                Respectfully,

                **THOMAS TORTO**

TT:dm

cc:    Adriana R. Grancio, Esq. (agrancio@vandallp.com)