UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE FULTON FISH MARKET PENSION FUND,<br><br>                                        Plaintiffs,<br><br>-against-<br><br>M. SLAVIN & SONS, LTD., OCEAN BOX E-COMMERCE CORP. F/K/A OCEAN BOX CORP., OCEANBOX WHOLESALE LLC, OCEANBOX HOLDINGS LLC, OCEANBOX DIRECT LLC, OCEANBOX LIFESTYLES LLC, AND MITCHELL SLAVIN, INDIVIDUALLY,<br><br>                                        Defendants. | 22 CV 187 (JMF) (RER)<br><br>**[PROPOSED]**<br>**JUDGMENT** |

Upon consideration of Defendant Oceanbox Wholesale LLC's ("Oceanbox Wholesale") motion for summary judgment and the Trustees of the Fulton Fish Market Pension Funds' ("Plaintiffs") cross-motion for summary judgment against Defendant Oceanbox Wholesale, it is hereby:

ORDERED, ADJUDGED, AND DECREED that Plaintiffs' cross motion for summary judgment is GRANTED; and

ORDERED, ADJUDGED, AND DECREED that Defendant Oceanbox Wholesale's motion for summary judgment is DENIED; and

ORDERED, ADJUDGED, AND DECREED that Oceanbox Wholesale is the successor of M. Slavin & Sons, LTD., and is liable to the Plaintiffs for M. Slavin & Son's withdrawal liability to the Plaintiffs; and

ORDERED, ADJUDGED, AND DECREED that Plaintiffs have a judgment against Defendant Oceanbox Wholesale, with is principal place of business at 300 Manida Street, Unit B, Bronx, New York 10474, in the total amount of $925,070.15 as follows:

1. (a) Withdrawal liability in the principal amount of $554,474; (b) interest on the principal from March 23, 2020 through August 13, 2024 calculated at the rate of 6.75% compounded annually, in the amount of $184,123.73; (c) liquidated damages calculated at 20% of the principal amount owed in the amount of $110,894.80; (d) attorneys' fees of $72,457.50 and costs of $3,120.12; and (e) awarding interest on the principal at the rate of 6.75% compounded annually from August 14, 2024 through the date of judgment, and (f) post-judgment interest on the balance pursuant to 28 U.S.C. § 1961.

SO ORDERED.

Dated: New York, New York
    __August 26__, 2024

By: _____
Hon. Jesse M. Furman, U.S.D.J.

All conferences are canceled.  All motions are moot.  The Clerk of Court is directed to close the case.